UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------- X

AMAZING FLOOR SERVICE CORP.,

Plaintiff,

-against-

LBA GROUP CORPORATION and NICK DJELJEVIC,

Defendants.

---------------------------------------------------------------- X

1:25 CV -25-9259

**DEFAULT JUDGMENT**

The Summons and Complaint in this action having been duly served on the above named defendants, LBA Group Corporation and Nick Djeljevic (collectively, the "Defendants") and said Defendants having failed to file an Answer to said Complaint and said default having been duly noted, and upon the annexed Affidavits and the exhibits thereto,

NOW, on the motion of Mark L. Cortegiano, Esq. attorney for Plaintiff, it is hereby:

ORDERED, ADJUDICATED, and DECREED: that Plaintiff Amazing Floor Service, Corp, have a judgment against Defendants LBA Group Corporation, with its principal place of business 14-10 Mandon Place, Fair Lawn, New Jersey 07410 and Nick Djeljevic residing at 14-10 Mandon Place, Fair Lawn, New Jersey 07410 and shall recover of the Defendants the sum of $101,925.45, plus interest thereon at the statutory rate of interest from March 1, 2025 until the date judgment is entered in the amount of $ 13,068.80, with costs and disbursements in the amount of $ 678.28 ; and post judgment interest at the statutory rate.

SO ORDERED.

Dated: August 3, 2026
New York, New York

HON. EDGARDO RAMOS